REID W. ARNOLD, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 24703.)

Argued March 1, 1939; decided April 11, 1939.

*John J. Bennett, Jr., Attorney-General* (*Joseph L. Delaney* and *Leon M. Layden* of counsel), for appellant.

*Edward W. Barrett* for respondent. The State troopers were negligent. (*Hankins* v. *Watkins*, 77 Hun, 360; *Castle* v. *Duryea*, 32 Barb. 480; *Ford* v. *Grand Union Co.*, 268 N. Y. 243; *State* v. *Cunningham*, 107 Miss. 140; *Bolin* v. *Ballinger*, 131 Kan. 685; *Askay* v. *Maloney*, 85 Ore. 333; 92 Ore. 566; *Manwaring* v. *Geisler*, 191 Ky. 532; *Matter of Evans* v. *Berry*, 262 N. Y. 61; *Farrell* v. *Fire Ins. Salvage Corps*, 189 App. Div. 795; *Miner* v. *Rembt*, 178 App. Div. 173.)

*Per Curiam.* The finding of the Court of Claims that the police officers were not negligent was, in our opinion, in accordance with the weight of the evidence, if, indeed, there is any evidence which would sustain a contrary finding.

The judgment of the Appellate Division should be reversed and that of the Court of Claims affirmed, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN; HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Judgment accordingly.